Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-241-ELG |
| | ) | (Chapter 11) |
| ACTUARIALESTATE PLLC | ) | |
| a/k/a ACTUARIAL ESTATE PLLC | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 4 and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>Dated: October 20, 2023</td><td>By: /s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for WCP Fund I LLC*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Frank Morris, II, Esq.
Law Office of Frank Morris, II
8201 Corporate Dr.
Suite 260
Landover, MD 20785
frankmorrislaw@yahoo.com
*Counsel for the Debtor*

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

/s/ Maurice B. VerStandig
Maurice B. VerStandig