| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00241-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Fri Sep  1 17:35:23 EDT 2023 | Actuarial Estate, PLLC<br>5135 MacArthur Blvd.<br>Suite B<br>Washington, DC 20016-3315 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | DC Tax & Revenue<br>1101 4th Street, SW<br>Suite W270<br>Washington, DC 20024-4457 |
| DC Water and Sewer Authority<br>P.O. Box 97200<br>Washington, DC 20090-7200 | (p)PEPCO<br>LEGAL SERVICES<br>PEPCO HOLDINGS INC<br>701 NINTH ST NW SUITE 1100<br>WASHINGTON DC 20068-0001 | Russell S. Drazin, Esquire<br>Pardo Drazin, LLC<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015-2089 |
| Washington Capital Partners<br>8401 Greensboro Drive<br>Suite 960<br>Mc Lean, VA 22102-5149 | Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151-4205 | Frank Morris II<br>Law Office of Frank Morris, II<br>8201 Corporate Dr.<br>Suite 260<br>Landover, MD 20785-2228 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Pepco<br>701 Ninth Street, NW<br>Washington, DC 20068-0001 | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     0<br>Total                  11 |