**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Actuarial Estate PLLC,** | **Case No. 23-00241-ELG** |
| Debtor. | **Chapter 11** |

**<u>ORDER CONVERTING CASE TO CHAPTER 7</u>**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account; and it is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and shall give all creditors notice that this case has been converted to chapter 7.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Frank Morris, II frankmorrislaw@yahoo.com, jaynell1128@yahoo.com; bankruptcybailout@gmail.com;r63141@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**