The order below is hereby signed.

Signed: November 22 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re: | Case No. 23-00241-ELG |
|---|---|
| **Actuarial Estate PLLC,**<br>Debtor. | Chapter 11 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

On August 29, 2023, the above-captioned Debtor filed for relief under Chapter 11 the Bankruptcy Code.[1] On October 11, 2023, the Court entered the *Order Granting Application for Employment of Counsel* (the "Employment Order") (ECF No. 21), whereby the Debtor was authorized to retain Frank Morris II and the Law Firm of MorrisMargulies, LLC as counsel. On November 10, 2023, Mr. Morris filed a *Motion to Withdraw as Attorney* (ECF No. 27), which motion was granted by Order entered November 22, 2023. It is well-established that corporate entities such as the Debtor are not permitted to appear pro se and must be represented by and appear through counsel and a case filed without counsel must be dismissed. *See* Local Bankruptcy Rule 9011-2(a). Absent the retention and appearance of counsel, the Debtor cannot proceed in this chapter 11 case.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

---

[1] Title 11 of the United States Code, §§ 101–1532 (as hereafter amended).

1. The Debtor and its chief executive officer shall appear before this court on December 13, 2023 at 10:00 a.m. to show cause show cause as to why this case should not be dismissed for failure to be represented by counsel. The Show Cause Hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact [Aimee Mathewes](#) for the Zoom information and should familiarize themselves with [General Order 2023-01](#), *Order Establishing Hearing Protocols Before Judge Gunn*.

2. The previously scheduled status conference set for December 6, 2023 at 10:00 a.m. is continued to December 13, 2023 at 10:00 a.m.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice; and

Actuarial Estate PLLC
c/o Marcus Sands, CEO
5135 MacArthur Blvd., Suite B
Washington, DC 20016

Freddie Benjamin
1759 Lang Place, NE
Washington, DC 20002