Frank Morris II
MD Bar #023091
Attorney for Debtor
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
301-731-1000
frankmorrislaw@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ACTUARIAL ESTATE, PLLC | : | Case No. 23-00241-ELG |
| | : | (Chapter 11) |
| | : | |
| Debtor | : | |

**TWENTY-ONE DAY NOTICE TO CREDITORS**

All creditors and interested parties are hereby notified that the Counsel for the Debtor has filed a Motion for Order Approving Attorney Fees, a copy of which is attached. You have the right to object to the request, with specific reasons therefore, with the **U.S. Bankruptcy Court for the District of Columbia, Clerk's Office, 3rd & Constitution Avenue, 4th Floor, Washington, DC 20001 within twenty-one (21) days from the date of this Notice. A copy of any such objection should be sent To Kristen S. Eustis, U.S. Trustee Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314 and upon the undersigned counsel for Debtor at the address below.** If an objection is filed, you will be expected to be present at any hearing thereon set by the Court. Any objections may be resolved by the Court at its discretion without a hearing. If no objection is filed the request may be approved without a hearing.

12/12/23                                          /s/ Frank Morris II
Date:                                              Frank Morris II, MD#023091


**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th          day of December, 2023, I reviewed the Court's

CM/ECF system and it reports that an electronic copy of the Notice To Creditors and

Motion for Order Approving Attorney Fees will be served electronically by the Court's

CM/ECF system on the following:

Kristen S. Eustis, U.S. Trustee Office
Michael T. Freeman, Assistant U.S. Trustee
Harry W. Acevedo, U.S. Trustee Office
U.S. Trustee, USTPRegion04.DC.ECF@USDOJ.GOV

1

I hereby further certify that on the ___12th___ day of December, 2023, a copy of the <u>Notice To Creditors and Motion for Order Approving Attorney Fees</u> was also mailed first class mail, postage prepaid to:

All Creditors

All Interested Parties

                                        /s/ Frank Morris II
                                        FRANK MORRIS II, ESQUIRE
                                        8201 Corporate Drive
                                        Suite 260
                                        Hyattsville, MD  20785
                                        (301)731-1000
                                        MD Bar # 023091
                                        Attorney for Debtor
                                        frankmorrislaw@yahoo.com