**MorrisMargulies**
LIFE IS GOOD AGAIN
ATTORNEYS AT LAW

| | | |
|---|---|---|
| Frank Morris, II*, Esq<br>*Admitted in MD & DC | 8201 Corporate Drive, Suite 260<br>Landover, MD 20785 | Rockville Office<br>401 N. Washington St.<br>Suite 500<br>Rockville, MD 20852 |

Telephone: (301) 731-1000
Fax: (301) 731-1206
www.Law-Margulies.com

December 12, 2023

**Actuarial Estate, PLLC**          Itemized Bill
**23-00241-ELG**

Frank Morris II – Hourly Rate: $550
Jaynell Mungro – Hourly Rate: $225

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/29/2023 | Filed Bankruptcy petition, corporate ownership statement, list of equity security holders, official form 204 and 2016b. | JM | 0.7 | $157.50 |
| 08/29/2023 | Emailed debtor re: Bankruptcy case filed. | JM | 0.2 | $45.00 |
| 08/29/2023 | Telephone conference with Russell S. Drazin, Esquire re: foreclosure 8/29/23. | FM | 0.1 | $55.00 |
| 08/30/2023 | Telephone conference with debtor re: bankruptcy case filed, next steps and scheduling IDI. | FM | 0.2 | $110.00 |
| 08/30/2023 | Emailed Harry Acevedo, Michael T. Freeman and Kristen S. Eustis re: debtor available date for IDI. | FM | 0.1 | $55.00 |
| 08/30/2023 | Emailed debtor re: 341 hearing availability. | FM | 0.1 | $55.00 |
| 08/30/2023 | Emailed Harry Acevedo and Kristen S. Eustis re: debtor available date for 341 hearing. | FM | 0.1 | $55.00 |
| 09/01/2023 | Emailed debtor notices re: IDI, chapter 11 guidelines, bank authorization, chapter 11 trustee fees and Monthly Operating Report. | FM | 0.2 | $110.00 |
| 09/01/2023 | Prepared motion to employ counsel and verified statement. | JM | 0.7 | $157.50 |
| 09/01/2023 | Reviewed motion to employ counsel and verified statement. | FM | 0.2 | $110.00 |
| 09/01/2023 | Filed motion to employ counsel and verified statement. Mailed to all parties. | JM | 0.5 | $112.50 |
| 09/01/2023 | Emailed receipt of guidelines to Harry Acevedo and Kristen S. Eustis | JM | 0.1 | $22.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/01/2023 | Emailed application to employ and order to Kristen S. Eustis to review and endorse. | JM | 0.1 | $22.50 |
| 09/04/2023 | Telephone conference with debtor re: IDI guidelines. | FM | 0.2 | $110.00 |
| 09/06/2023 | Prepared client for IDI. | FM | 0.5 | $275.00 |
| 09/07/2023 | Attend initial debtor interview meeting re: responsibilities of debtor and MOR's. | FM | 0.5 | $275.00 |
| 09/07/2023 | Post-conference with debtor re: IDI interview. | FM | 0.3 | $165.00 |
| 09/07/2023 | Prepared list of debtor's properties. | JM | 0.1 | $22.50 |
| 09/07/2023 | Emailed list of debtor's properties to Harry Acevedo. | JM | 0.1 | $22.50 |
| 09/07/2023 | Prepared amended motion to employ counsel and verified statement. | JM | | |
| 09/07/2023 | Reviewed amended motion to employ counsel and verified statement. | FM | | |
| 09/07/2023 | Emailed amended motion to employ counsel and verified statement to Kristen S. Eustis to review. | FM | | |
| 09/08/2023 | Filed amended motion to employ counsel and verified statement. Mailed to all parties. | JM | | |
| 09/08/2023 | Emailed client list of documents needed for 341 hearing. | JM | 0.3 | $67.50 |
| 09/11/2023 | Emailed and responded to debtor emails re: documents still needed for 341 hearing and to complete schedules. | FM | 0.2 | $110.00 |
| 09/12/2023 | Prepared and filed motion to extend deadline to file schedules. | JM | 0.5 | $112.50 |
| 09/12/2023 | Telephone conference with debtor representative to secure information for asset schedules and statement of financial affairs. | FM | 0.5 | $275.00 |
| 09/13/2023 | Prepared statement of assets and liabilities, schedules A – H and statement of financial affairs. | JM | 1.2 | $270.00 |
| 09/13/2023 | Reviewed statement of assets and liabilities, schedules A – H and statement of financial affairs. | FM | 0.5 | $275.00 |
| 09/13/2023 | Emailed client statement of assets and liabilities, schedules A - H, statement of financial affairs and declaration to review and sign. | JM | 0.2 | $45.00 |
| 09/13/2023 | Reviewed client changes to schedules and statement of financial affairs. | FM | 0.3 | $165.00 |
| 09/13/2023 | Telephone conference with debtor re: schedules and statement of financial affairs. | FM | 0.5 | $275.00 |
| 09/13/2023 | Revised schedules and statement of financial affairs per debtor changes. | JM | 0.5 | $112.50 |
| 09/13/2023 | Reviewed revised schedules and statement of financial affairs. | FM | 0.3 | $165.00 |
| 09/13/2023 | Emailed client revised statement of assets and liabilities, schedules A - H, statement of financial affairs and declaration to review and sign. | JM | 0.2 | $45.00 |
| 09/14/2023 | Filed statement of assets and liabilities, schedules A - H, statement of financial affairs and declaration to review and sign. | JM | 0.2 | $45.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/25/2023 | Reviewed debtor's articles of organization and certificate of organization. | FM | 0.2 | $110.00 |
| 09/25/2023 | Emailed debtor's articles of organization to Harry Acevedo and Kristen S. Eustis. | JM | 0.1 | $22.50 |
| 09/25/2023 | Prepared MOR for August 2023. | JM | 0.5 | $112.50 |
| 09/25/2023 | Reviewed MOR and financials for August 2023. | FM | 0.5 | $275.00 |
| 09/25/2023 | Emailed debtor MOR for August 2023 to review and sign. | JM | 0.1 | $22.50 |
| 09/25/2023 | Filed MOR and financials for August 2023. | JM | 0.2 | $45.00 |
| 09/25/2023 | Emailed debtor re: documents still needed. | JM | 0.2 | $45.00 |
| 09/27/2023 | Telephone conference with debtor re: preparation for Chapter 11 Subchapter V 341 examination. | FM | 0.5 | $275.00 |
| 09/28/2023 | Attend 341 Hearing (Zoom) and post meeting conference with debtor. | FM | 0.5 | $275.00 |
| 09/29/2023 | Emailed client re: documents still needed. | JM | 0.1 | $45.00 |
| 10/05/2023 | Emailed client re: documents still needed. | JM | 0.1 | $45.00 |
| 10/10/2023 | Emailed Kristen S. Eustis amended application to employ order to review and endorse. | JM | 0.1 | $22.50 |
| 10/10/2023 | Uploaded amended application to employ order. | JM | 0.1 | $22.50 |
| 10/11/2023 | Telephone conference with debtor re: upcoming status hearing and documents required. | FM | 0.3 | $165.00 |
| 10/12/2023 | Emailed balance sheet to Harry Acevedo and Kristen S. Eustis. | JM | 0.2 | $45.00 |
| 10/16/2023 | Emailed operating agreement and 2022 tax returns to Harry Acevedo and Kristen S. Eustis. | JM | 0.1 | $22.50 |
| 10/18/2023 | Telephone conference with debtor re: status of case, administrative documents, tasks outstanding and plan. | FM | 0.5 | $275.00 |
| 10/18/2023 | Attend status conference and post conference with debtor. | FM | 0.3 | $165.00 |
| 10/20/2023 | Prepared MOR for September 2023. | JM | 0.5 | $112.50 |
| 10/23/2023 | Reviewed MOR and financials for September 2023. | FM | 0.3 | $165.00 |
| 10/23/2023 | Emailed debtor MOR for September 2023 to review and sign. | JM | 0.1 | $22.50 |
| 10/23/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 10/26/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 10/26/2023 | Emailed and mailed debtor MOR for September 2023 to review and sign. | JM | 0.2 | $45.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/27/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 10/27/2023 | Mailed debtor MOR for September 2023 to review and sign. | JM | 0.2 | $45.00 |
| 11/01/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 11/01/2023 | Mailed debtor MOR for September 2023 to review and sign. | JM | 0.2 | $45.00 |
| 11/02/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 11/02/2023 | Prepared and mailed debtor letter re: withdrawing appearance. | JM | 0.2 | $45.00 |
| 11/06/2023 | Left message for debtor re: MOR for September 2023. | JM | 0.1 | $22.50 |
| 11/07/2023 | Reviewed and responded to Harry Acevedo email re: September 2023 MOR. | FM | 0.1 | $55.00 |
| 11/09/2023 | Prepared motion to withdraw appearance. | JM | 0.3 | $67.50 |
| 11/09/2023 | Reviewed and revised motion to withdraw appearance. | FM | 0.2 | $110.00 |
| 11/10/2023 | Prepared supplemental 2016b. | JM | 0.3 | $67.50 |
| 11/10/2023 | Reviewed supplemental 2016b. | FM | 0.1 | $55.00 |
| 11/10/2023 | Filed supplemental 2016b. | JM | 0.1 | $22.50 |
| 11/10/2023 | Filed motion to withdraw appearance. | JM | 0.2 | $45.00 |
| 11/16/2023 | Reviewed motion to convert case to Chapter 7. | FM | 0.2 | $110.00 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Frank Morris, II | Attorney | 9.0 | $550 | $4,950.00 |
| Jaynell Mungro | Sr. Paralegal | 10.3 | $225 | $2,317.50 |
| **TOTAL BILLED TIME:** | | **19.3** | | **$7,267.50** |