| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00241-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Tue Dec 12 21:38:31 EST 2023 | Actuarial Estate, PLLC<br>5135 MacArthur Blvd.<br>Suite B<br>Washington, DC 20016-3315 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | DC Tax & Revenue<br>1101 4th Street, SW<br>Suite W270<br>Washington, DC 20024-4457 | DC Water and Sewer Authority<br>P.O. Box 97200<br>Washington, DC 20090-7200 |
| Department of Treasury<br>Internal Revenue Service<br>1352 Marrows Road Ste 204<br>Newark 19711-5475 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)PEPCO<br>LEGAL SERVICES<br>PEPCO HOLDINGS INC<br>701 NINTH ST NW SUITE 1100<br>WASHINGTON DC 20068-0001 | Russell S. Drazin, Esquire<br>Pardo Drazin, LLC<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015-2089 | Washington Capital Partners<br>8401 Greensboro Drive<br>Suite 960<br>Mc Lean, VA 22102-5149 |
| Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151-4205 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of Treasury<br>Internal Revenue Service<br>31 Hopkins Plaza, Rm 1150<br>Baltimore 21201 | Pepco<br>701 Ninth Street, NW<br>Washington, DC 20068-0001 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 |