```
Label Matrix for local noticing           Actuarial Estate PLLC                     Child Support Services Division
0090-1                                    5135 MacArthur Blvd.                      Office of the Attorney General
Case 23-00241-ELG                         Suite B                                   Judiciary Square 441 4th Street, NW
United States Bankruptcy Court for the Distri  Washington, DC 20016-3315            5th Floor
Washington, D.C.                                                                    Washington, DC 20001
Sun Dec 24 21:52:45 EST 2023

D.C. Office of Tax and Revenue            D.C. Unemploy. Comp. Board                DC Unemploy. Comp. Board
Bankruptcy Division                       6th and Penna. Ave., N.W.                 609 H St., NE
1101 4th Street SW                        Washington, DC 20001-2106                 Room 3530367
Washington, DC 20024-4457                                                           Washington, DC 20002-7184


District Unemployment Compensation Board  Internal Revenue Service                  Ofc of Corp. Counsel
4058 Minnesota Ave., NE                   P.O. Box 7346                             1 Judiciary Sq.
4th Floor                                 Philadelphia, PA 19101-7346               441 4th St., N.W.
Washington, DC 20019-3540                                                           6th Fl. North, Ste 1060
                                                                                    Washington, DC 20001-2714


Office of Attorney General                Secretary of the Treasury                 Securities and Exchange Commission
Tax, Bankruptcy, and Finance              15th and Pennsylvania Aveneu, NW          Atlanta Regional Office
One Judiciary Square                      Washington, DC 20220-0001                 Office of Reorganization
441 4th Street, NW                                                                  950 East Paces Ferry Road NE, Ste. 900
6th Floor                                                                           Atlanta, GA 30326-1382
Washington, DC 20001-2714

U. S. Trustee for Region Four             U.S. Attorney's Office                    U.S. Environmental Protection Agency
U. S. Trustee's Office                    Civil Division                            US EPA Region 3
1725 Duke Street                          601 D Street, NW                          Attn: Bettina Dunn, Paralegal Specialist
Suite 650                                 Washington, DC 20530-0034                 Office of Regional Counsel
Alexandria, VA 22314-3489                                                           1650 Arch Street (3RC60)
                                                                                    Philadelphia, PA 19103-2029

WCP Fund I LLC                            Washington, D.C.                          American Express
c/o Maurice B. VertSandig, Esq.           E. Barrett Prettyman U. S. Courthouse     P.O. Box 1270
The VerStandig Law Firm, LLC              333 Constitution Ave, NW #1225            Newark, NJ 07101-1270
1452 W. Horizon Ridge Pkwy                Washington, DC 20001-2802
#665
Henderson, NV 89012-4422


American Express National Bank            DC Tax & Revenue                          DC Water and Sewer Authority
c/o Becket and Lee LLP                    1101 4th Street, SW                       P.O. Box 97200
PO Box 3001                               Suite W270                                Washington, DC 20090-7200
Malvern  PA 19355-0701                    Washington, DC 20024-4457


Department of Treasury                    (p)INTERNAL REVENUE SERVICE               Department of Treasury
Internal Revenue Service                  CENTRALIZED INSOLVENCY OPERATIONS         Internal Revenue Service
1352 Marrows Road Ste 204                 PO BOX 7346                               PO Box 7346
Newark 19711-5475                         PHILADELPHIA PA 19101-7346                Philadelphia, PA 19101-7346


(p)PEPCO                                  Russell S. Drazin, Esquire                Washington Capital Partners
LEGAL SERVICES                            Pardo Drazin, LLC                         8401 Greensboro Drive
PEPCO HOLDINGS INC                        4400 Jenifer Street, NW                   Suite 960
701 NINTH ST NW SUITE 1100                Suite 2                                   Mc Lean, VA 22102-5149
WASHINGTON DC 20068-0001                  Washington, DC 20015-2089


Washington Gas                            Carlyn Winter Prisk
6801 Industrial Road                      US Environmental Protection Agency
Springfield, VA 22151-4205                Region III (3HS62)
                                          1650 Arch St.
                                          Philadelphia, PA 19103-2029
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| **Department of Treasury**<br>**Internal Revenue Service**<br>31 Hopkins Plaza, Rm 1150<br>Baltimore 21201 | **Pepco**<br>701 Ninth Street, NW<br>Washington, DC 20068-0001 | **End of Label Matrix**<br>**Mailable recipients**   28<br>**Bypassed recipients**    0<br>**Total**                 28 |